1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 **HELEN MATA,**               )   Case No. 5:14-CV-02753-RMW

12                            )

Plaintiff,             )   **ORDER**

13                            )

    vs.                  )

14                            )

**MIDLAND CREDIT MANAGEMENT,**  )

15 **INC.; and DOES 1 to 20, INCLUSIVE,**  )

16                            )

Defendants.           )

17

18

19       IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this

20 case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case

is dismissed with prejudice. Each party shall bear their own costs and expenses.

21

22

Dated this ___ day of November, 2014.

23

24



25 _____

The Honorable Judge Ronald M. Whyte

26

27

28